**Order entered October 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00708-CV

### IN RE JEROME JOHNSON, Relator

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's June 17, 2019 petition for

writ of mandamus.

/s/     BILL WHITEHILL
JUSTICE